# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

April 23, 2019

**<u>Via ECF</u>**

Hon. Analisa Torres, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. White, et. al. (Defendant Christopher Howard)
                Docket No. 17-cr-611 (AT)

Dear Judge Torres:

     I am co-counsel with Richard Lind: together we represent Mr. Howard in the above matter. By an order dated April 22, 2019, this Court scheduled a status conference for May 16, 2019 at 2:00 PM. By this letter, I want to alert the Court that I will be out of the country on that date. Mr. Lind is aware I will not be present, and has agreed to stand up for Mr. Howard on behalf of the defense.

                              Very truly yours,
                                     *-S-*
                              David K. Bertan

DKB
cc:  AUSA Tara La Morte (via e-mail)