# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2019

May 29, 2019

**By ECF**
Hon. Analisa Torres
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Christopher Howard
               17 Cr. 611 (AT)

Dear Judge Torres:

     I am writing to request a short extension of time, from May 31 to June 4, 2019, for the submission of Defendant's Reply Memorandum of Law. The reason for the requested extension is that I am simultaneously preparing for trial in *United States v. Ramal Curtis*, 18 Cr. 373 (RJS), which starts on Monday, June 10, 2019. In addition, I am scheduled for a colonoscopy operation on June 3, 2019. The government does not object to the requested extension.

     Thank you for the Court's consideration of this request.

                                           Respectfully submitted,

                                           Richard B. Lind
                                           David K. Bertan

cc: All Counsel (by ECF)

                        GRANTED. No further extensions will be granted.

                        SO ORDERED.

                        Dated: May 29, 2019
                             New York, New York

                             ANALISA TORRES
                            United States District Judge