

August 15, 2019

The Honorable Analisa Torres
United States District Judge
500 Pearl Street
New York, New York 10007

   United States v. Christopher Howard 17CR.6

Dear Judge Analisa Torres:

Good morning your Honor. My name is Christopher Howard. I am writing this character letter to you since you was not the sitting judge and would like you to know the type of young man I am since I never met you. I've never been in a position like this before and I honestly did not know how to go about writing you, but here I am today. At trial, I listened to the criminal acts of some people from my neighborhood. From time to time, I did hang out with some people from my neighborhood being that they were

childhood friends but I did not engage in any criminal activities such as the ones described in court. I've never even had a criminal record. Given the amount of police surveillance in my old neighborhood, it would be virtually impossible to do that. I know these things don't make a saint but I hope they suggest that I am not a criminal.

As a teen in my neighborhood, I was working summer youth jobs such as St. Lukes Camp and St. Mary Park/Recreation Center. I was a camp counselor working with kids at St. Lukes and a maintenance worker at St. Marys cleaning parks throughout the Bronx.

At age 16, my mom got our family a safety transfer out of Millbrook and moved to Staten Island to give us a shot at a better life. Over the last 10 years, I took advantage of that fresh start by working full time which minimized my interactions with some of my friends from the neighborhood. Since the move out of the neighborhood, my life changed in many positive ways. I held steady

employment and was in a union which still has job placement for me when I get out. Some of my work records includes working as a security guard and fire inspector in a federal building beside DCAS (Department of Citywide Administrative Services) police officers. I am licensed by the state for the past five years, which comes with a comprehensive background check and random drug testing. Prior to that, I worked at Alliance building Services, Metro One/Con Edison, Securitas, Grand Hyatt hotel, Verizon, New York Sports Club, W's International and other jobs over the past ten years. I have fireguard licenses issued from the FDNY (Fire Department of New York) and a Cpr-aed licence as well. I've also obtained my high school diploma. In addition, I have volunteered at the aspca in Staten Island and worked with animals. Pertaining to my educational goals, I have plans to attend CSI (College of Staten Island) when I am released. There are many college graduates in my family from such prestigious colleges such as Harvard, Boston University

Yale and college of New Rochelle, who continue to motivate me to reach my goals. I have many goals and hopes for a bright future.

Since I was young, I did my best to be a great role model to my sisters and brothers due to the lack of a father figure in the house. Financially, I helped my sisters and brothers get into summer camp, I took responsibility picking them up and dropping them off from school as well. I also help them with homework, cook for them and try to be the best brother I can be.

Every holiday and vacation since I was a child me and my family have holiday gatherings and come together such as Thanksgiving, Christmas and Easter. My grandmother who means the world to me puts our holiday gatherings together and we all join together as a family in the festivities.

My long time girlfriend Ciara and I had a beautiful child (my princess Sahyra). Being that I've always did my best to help my mom take care of my two sisters and brothers, I want to be a great

example and become the best father for my daughter. I need to be there to protect her, guide her and teach her about GOD. Building a strong traditional family unit.

Again, I admit that I should have exercised better judgement in the company I kept as a child, as a young man I have evolved into a responsible tax paying citizen. I maintain my innocence when it comes to the charges that I been charged with and I hope that you will take note to the many discrepancies in the testimonies presented by the prosecution's witnesses. I chose not to take a plea deal in this case despite being told that the odds of winning a federal case were slim. Any guilty party with a public defender would have taken a deal given all that is at stake. I ask that you please look closely at the evidence presented as well as the motion submitted by my attorney with the hope that you can see my innocence in this case.

Sincerely yours
Christopher Howard