UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/21/2019__

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing in this matter is set for March 16, 2020. On November 18, 2019, the Government filed a notice of appeal from the Court's order granting in part Defendant's motion for acquittal. ECF No. 613. Accordingly, it is hereby ORDERED that by **November 25, 2019**, both parties shall file letters with the Court stating their positions on whether the sentencing in this case should be adjourned pending the disposition of that appeal. If the parties have the same position, they may file a single joint letter.

SO ORDERED.

Dated: November 21, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge