USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/26/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                 Defendant.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 21, 2019, the Court ordered the parties in this action to state their positions on whether the sentencing in this case scheduled for March 16, 2020, should be adjourned pending resolution of the Government's appeal of the Court's order granting in part Defendant's motion for acquittal. ECF No. 616. On November 25, 2019, the Government informed the Court that both parties consented to adjourning the sentencing. ECF No. 618.

    Accordingly, the sentencing scheduled for March 16, 2020, is ADJOURNED *sine die*. The parties shall inform the Court by joint letter of the resolution of the Government's appeal within **seven days** of the issuance of an opinion on the matter by the Second Circuit.

    SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge