USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

# JOHN A. DIAZ, ESQ.

DIAZ & MOSKOWITZ, PLLC.
225 Broadway, Suite 715
New York, NY 10007
212-227-8208 (Phone)
212-566-8165 (Fax)
johnadiazlaw@gmail.com

November 26, 2019

**VIA EFC & EMAIL**

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: *United States v. Christopher Howard,*
          17 Cr. 611 (AT).

Dear Judge Torres:

  I am the attorney for the defendant, Christopher Howard, the defendant in the above-referenced matter. My client previously informed me that he was amenable to adjourning his sentencing date pending the interlocutory appeal. However, I met with my client today and he informed me that he no longer wishes to adjourn his sentencing and would like to continue with his sentencing as previously scheduled. Accordingly, it is respectfully requested that the Court put this matter on for sentence or continue the prior sentencing date. The Court's time and attention to this matter are greatly appreciated.

                 Respectfully submitted,

                 /s/

                 John A. Diaz, Esq

GRANTED. Sentencing is scheduled for **March 16, 2020**, at **1:00 p.m.** By **March 2, 2020**, Defendant shall file his sentencing submission. By **March 9, 2020**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: December 13, 2019
    New York, New York

*(signature)*

ANALISA TORRES
United States District Judge