USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                Defendant.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for March 16, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 15, 2020
       New York, New York

ANALISA TORRES
United States District Judge