UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

CHRISTOPHER HOWARD,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2021

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Pursuant to the remand from the Court of Appeals for the Second Circuit, ECF No. 736, the Court sets this matter for resentencing on **October 19, 2021**, at **11:00 a.m.** By **October 5, 2021**, Defendant shall file his sentencing submission. By **October 12, 2021**, the Government shall file its sentencing submission. The Court will direct the United States Probation Office to prepare a new presentence report reflecting the additional convictions described in the Second Circuit's decision.

      SO ORDERED.

Dated: August 4, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge