USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021



# DIAZ & MOSKOWITZ

**Attorneys at Law**

| | | |
|---|---|---|
| **John A. Diaz, Esq.** | johnadiazlaw@gmail.com | www.dmlaw.com |
| Garden City Office: | | New York Office: |
| 1225 Franklin Avenue | | 225 Broadway |
| Suite 325 | | Suite 715 |
| Garden City, NY 11530 | | New York, NY 10007 |
| (516) 686-6444 | | (212) 227-8208 |
| (516) 686-6444 | | Fax (212) 566-8165 |

October 1, 2021

**VIA EFC & EMAIL**

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Christopher Howard,*
        17 Cr. 611 (AT).

Dear Judge Torres:

  I am the attorney for the defendant, Christopher Howard, in the above-referenced matter. On September 30, 2021, the Court granted the motions for Katryna Lyn Spearman and Murdoch Walker, II, to appear *pro hace vice* to represent Mr. Howard. Accordingly, it is respectfully requested that the Court relieve me as counsel of record for Christopher Howard in the above-referenced matter. The Court's time and attention to this matter are greatly appreciated.

              Respectfully submitted,

              /s/

              John A. Diaz, Esq

GRANTED.

SO ORDERED.

Dated: October 8, 2021
   New York, New York

*[signature]*

_____
ANALISA TORRES
United States District Judge

1