```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2022____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

CHRISTOPHER HOWARD,

                 Defendant.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's motion for a resentencing adjournment. ECF No. 784. Accordingly, the resentencing in this matter scheduled for **January 25, 2022**, is ADJOURNED to **February 2, 2022**, at **3:00 p.m.** By **January 18, 2022**, Defendant shall file his sentencing submission. By **January 25, 2022**, the Government shall file its sentencing submission.

    The resentencing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge