UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2022_

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion for a new trial. ECF No. 790. Accordingly,

1. By **February 10, 2022**, the Government shall file its opposition and
2. By **February 24, 2022**, Defendant shall file his reply, if any.

The resentencing scheduled for February 2, 2022, is ADJOURNED *sine die*. The Court shall set a new resentencing date after ruling on Defendant's motion.

SO ORDERED.

Dated: January 20, 2022
New York, New York

ANALISA TORRES
United States District Judge