UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/27/2022
```

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's motion to withdraw his notice of appeal under Rule 42(a) of the Federal Rules of Appellate Procedure. ECF No. 794. Accordingly, Defendant's motion is GRANTED.

    SO ORDERED.

Dated: January 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge