UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/29/2022__

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's request for detention pending resentencing filed on August 17, 2022. ECF No. 814. Accordingly, by **September 2, 2022**, Defendant shall respond to the Government's request.

    SO ORDERED.

Dated: August 29, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge