UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/6/2022__

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's request for detention pending resentencing, ECF No. 814, and Defendant's response, ECF No. 816. Because the Court does not find that "there is a substantial likelihood that a motion for acquittal or new trial will be granted," it must order Defendant's detention pending his resentencing. *See* 18 U.S.C. § 3143(a)(2). Accordingly, by **September 20, 2022**, Defendant shall surrender to the United States Marshal for this District or as otherwise agreed to by the parties.

    SO ORDERED.

Dated: September 6, 2022
       New York, New York

ANALISA TORRES
United States District Judge