UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

Defendant.

17 Cr. 611-8 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/30/2022_

ANALISA TORRES, District Judge:

On September 27, 2022, Defendant filed a supplemental motion for a new trial. ECF No. 822. Accordingly, by **October 5, 2022**, the Government shall file a response.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

ANALISA TORRES
United States District Judge