UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/4/2022

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 3, 2022, Defendant filed a renewed motion for release pending sentencing. ECF No. 824.  Accordingly, by **October 6, 2022**, at **12:00 p.m.**,  the Government shall file a response.

SO ORDERED.

Dated: October 4, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge