USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

Defendants.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 16, 2022, the Court ordered Defendant, Christopher Howard, to file his resentencing submission by January 4, 2023. ECF No. 832 at 10.[1] On January 4, 2023, Defendant submitted two letters "in support of leniency at his sentencing." ECF No. 836. Defendant did not attach a separate sentencing submission memorandum to this submission. By **January 13, 2023**, Defendant shall (1) confirm whether the sentencing submissions at ECF Nos. 789 and 836 are the entirety of Defendant's sentencing submissions for the sentencing scheduled for January 24, 2023, and (2) advise the Court whether he will file any additional resentencing submissions, including any legal memoranda, for the Court's consideration.

      SO ORDERED.

Dated: January 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] On January 18, 2022, Defendant filed a sentencing submission. ECF No. 789. Defendant was sentenced on June 11, 2020. Dkt Entry 6/11/2020; *see also* ECF No. 668.