```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/20/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                  Defendant.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendant's motion dated January 20, 2023. ECF No. 848. Accordingly, the sentencing for Defendant, Christopher Howard, scheduled for January 24, 2023, is ADJOURNED to **February 21, 2023**, at **2:00 p.m.** The Clerk of Court is directed to terminate the motion at ECF No. 848.

      SO ORDERED.

Dated: January 20, 2023
          New York, New York

                                                          ANALISA TORRES
                                            United States District Judge