IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/2023_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17-CR-00611-AT-8 |
| | ) | |
| CHRISTOPHER HOWARD | ) | |

## ORDER

Came on the Motion of Mr. Howard to Continue the Sentencing Hearing and all associated deadlines and, the Court finds that said Motion shall be and is hereby:

__X__  **GRANTED**, and the Sentencing Hearing is hereby continued until _March 7, 2023_, at **1:00 p.m.**

_____  **DENIED.**

Dated: February 17, 2023
New York, New York

HONORABLE ANALISA TORRES
UNITED STATES DISTRICT COURT JUDGE