UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HOWARD,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023
```

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The resentencing in this matter scheduled for **March 7, 2023**, is ADJOURNED to **March 14, 2023**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 6, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge