```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER HOWARD,

                           Defendant.

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has received Defendant's letter dated March 7, 2025.[1] ECF No. 943. Defendant is reminded that *ex parte* communications are "disfavored, particularly in the criminal context." *United States v. Rechnitz*, 75 F.4th 131, 146 (2d Cir. 2023). *Ex parte* submissions "are the exception rather than the rule, and they require particular justification." *Id*. at 147. Accordingly, absent a particular and justifiable reason for submitting an *ex parte* communication, all submissions shall be openly filed on the public docket.

      Defendant's request for leave to file a motion for compassionate release under 18 U.S.C. § 3582(c) is GRANTED. *See* ECF No. 943. Accordingly:

1. By **April 15, 2025**, Defendant shall file his motion along with any supporting documentation;
2. By **May 13, 2025**, the Government shall respond; and
3. By **May 27, 2025**, Defendant shall file his reply, if any.

      The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se*.

      SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge

---

[1] Although the letter itself is not dated, it was postmarked on March 7, 2025.