UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER HOWARD,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2025
```

17 Cr. 611-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Megan Benett, the CJA attorney assigned to receive cases on this day, May 15, 2025, is ordered to assume representation of Defendant in the above-captioned matter, *nunc pro tunc* February 15, 2025.

    SO ORDERED.

Dated: May 15, 2025
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge