**KREINDLER** LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2025

June 23, 2025

**Via ECF/CM**
Judge Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *USA v. White* 1:17-cr-00611-AT

Dear Judge Torres:

This Court appointed me to represent Christopher Howard in connection with his motion for early release. The current due date for the defense reply to the government opposition to Mr. Howard's motion is June 27, 2025. While the authorization forms I sent to Mr. Howard that he must complete and return in order to allow me to get relevant records from the Bureau of Prisons (BOP) were received at the facility where he is incarcerated on May 31, 2025, on June 10, 2025 I received a call from the prison asking to confirm that the mail was legitimate attorney-client correspondence. I tried thereafter to verify this with the prison, but despite several efforts could not reach a person by telephone and got no response to my email. It is my understanding that Mr. Howard only recently received the authorizations and I am now waiting for them to be returned to me.

In order to review any BOP records that may be relevant to the pending motion, including, for example, medical, work, program and disciplinary records, I respectfully request that this Court extend the time by which the defense reply is due. This is the second such request and the government does not object.

Accordingly, to allow time to get the authorizations from Mr. Howard necessary to obtain BOP records and then to request, review and, if appropriate, incorporate information from those records into the defense reply, I respectfully request that the current June 27, 2025 date be extended by approximately one month to July 31, 2025.

GRANTED.

SO ORDERED.

Dated: June 24, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge